AO 442   (Rev. 5/93)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ NEW JERSEY _____

UNITED STATES OF AMERICA

V.

MICHAEL TAYLOR

## WARRANT FOR ARREST

Case Number:  14-00511-001 (CP0)

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    **MICHAEL TAYLOR**
                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ✓ Violation  Probation Violation Petition

Notice charging him or her with  (brief description of offense)

See attached Petition for Action on Conditions of Release Pending a Violation of Probation/Supervised Release Hearing.

VIOLATION OF SUPERVISED RELEASE PETITION (SEE ATTACHED)
in violation of Title ____18____ United States Code, Section(s) _____3606_____

HON. CHRISTINE P. O'HEARN
Name of Issuing Officer

*Christine O'Hearn* (signature)
Signature of Issuing Officer

Date: 1/3/2025

UNITED STATES DISTRICT JUDGE
Title of Issuing Officer

AT CAMDEN, NEW JERSEY
Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
|  | Dustn C. Dutov |  |

DATE OF ARREST  7/30/25